IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA POLETTI,<br><br>        Plaintiff,<br><br>v.<br><br>JIM MCSHEEHY INSURANCE AGENCY, INC. and CC SERVICES, INC.,<br><br>        Defendants. | Case No. 25-cv-1593 JPG |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/18/2025**          **MONICA A. STUMP, Clerk of Court**

                                                        **s/ Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**